# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of April, two thousand twenty-three.

_____

Towaki Komatsu,

        Petitioner,

v.

City of New York, NYPD Officer Saquoi Harris, Shield #2350, NYPD Officer Steven Perez, Shield 23485, NYPD Officer Liang Lin, NYPD Officer Robert Holmes, NYPD Lieutenant Frank Amill, NYPD Captain Joseph Tompkins, NYPD Officer Michael Arini, NYPD Officer Avdo Javorovac, NYPD Officer Andrew Cummings, NYPD Officer Claudia Rodriguez, NYPD Detective Brian Leo, (Retired), NYPD Officer Ruben Farrell, Shield #21272, NYPD Officer John Avellino, Shield #26918,

        Respondents.
_____

**ORDER**

Docket No. 23-464

    Petitioner moves for an extension of time to file his motion for leave to appeal.

    IT IS HEREBY ORDERED that the motion is DENIED as unnecessary in light of Petitioner's timely filing of his motion for leave to appeal on April 21, 2023.

                                            For the Court:

                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

