# MANDATE

S.D.N.Y. – N.Y.C.
21-cv-1838
Dearie, J.
20-cv-10942
Caproni, J.
Lehrburger, M.J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of August, two thousand twenty-three.

---

Towaki Komatsu,

   *Petitioner*,

  v.    23-95

United States of America, et al.,

   *Respondents*.

---

Towaki Komatsu,

   *Petitioner*,

  v.    23-464

City of New York, et al.,

   *Respondents*,

NYPD Officer Rodriguez, et al.,

   *Defendants*.

---

It is hereby ORDERED that these two proceedings are CONSOLIDATED for the purposes of this order.

MANDATE ISSUED ON 08/02/2023

In 2021, this Court entered a leave-to-file sanction against Petitioner. *See Komatsu v. City of New York*, 2d Cir. 21-511, doc. 92. Petitioner now moves for leave to file these appeals. Upon due consideration, it is hereby ORDERED that the motions are DENIED because the appeals do not depart from Petitioner's "prior pattern of vexatious filings." *In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court