**23-464**

Towaki Komatsu
1068 Franklin Avenue
Room 307
Bronx, NY 10452



RECEIVED
2023 SEP -6 PM 3:30
CLERK'S OFFICE
U.S. COURT OF APPEALS

# MANDATE

S.D.N.Y. – N.Y.C.
21-cv-1838
Dearie, J.
20-cv-10942
Caproni, J.
Lehrburger, M.J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of August, two thousand twenty-three.

Towaki Komatsu,

        *Petitioner*,

v.                                                 23-95

United States of America, et al.,

        *Respondents*.

Towaki Komatsu,

        *Petitioner*,

v.                                                 23-464

City of New York, et al.,

        *Respondents*,

NYPD Officer Rodriguez, et al.,

        *Defendants*.

It is hereby ORDERED that these two proceedings are CONSOLIDATED for the purposes of this order.

**MANDATE ISSUED ON 08/02/2023**

In 2021, this Court entered a leave-to-file sanction against Petitioner. *See Komatsu v. City of New York*, 2d Cir. 21-511, doc. 92. Petitioner now moves for leave to file these appeals. Upon due consideration, it is hereby ORDERED that the motions are DENIED because the appeals do not depart from Petitioner's "prior pattern of vexatious filings." *In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

S.D.N.Y. – N.Y.C.
21-cv-1838
Dearie, J.
20-cv-10942
Caproni, J.
Lehrburger, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of August, two thousand twenty-three.

Towaki Komatsu,

   *Petitioner*,

v.                 23-95

United States of America, et al.,

   *Respondents*.

---

Towaki Komatsu,

   *Petitioner*,

v.                 23-464

City of New York, et al.,

   *Respondents*,

NYPD Officer Rodriguez, et al.,

   *Defendants*.

---

It is hereby ORDERED that these two proceedings are CONSOLIDATED for the purposes of this order.

In 2021, this Court entered a leave-to-file sanction against Petitioner. *See Komatsu v. City of New York*, 2d Cir. 21-511, doc. 92. Petitioner now moves for leave to file these appeals. Upon due consideration, it is hereby ORDERED that the motions are DENIED because the appeals do not depart from Petitioner's "prior pattern of vexatious filings." *In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

2

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: August 02, 2023
Docket #: 23-464mv
Short Title: Komatsu v. The City of New York

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 20-cv-10942
DC Court: SDNY (NEW YORK CITY)
DC Judge: Caproni
DC Judge: Lehrburger

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.

## General Docket
## Court of Appeals, 2nd Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 23-464<br>Komatsu v. The City of New York<br>**Appeal From:** SDNY (NEW YORK CITY)<br>**Fee Status:** Not Applicable | **Docketed:** 03/31/2023<br>**Termed:** 08/02/2023 |

**Case Type Information:**
 1) Misc. Civil
 2) Other
 3) none

**Originating Court Information:**
 **District:** 0208-1 : 20-cv-10942
 **Trial Judge:** Valerie E. Caproni, U.S. District Judge
 **Trial Judge:** Robert W. Lehrburger, U.S. Magistrate Judge
 **Date Filed:** 12/25/2020
 **Date Order/Judgment:** 03/29/2023
 **Date NOA Filed:** 03/30/2023
 **Date Rec'd COA:** 03/31/2023

**Prior Cases:**

| | | | |
|---|---|---|---|
| 21-511 | Date Filed: 02/26/2021 | Date Disposed: 07/14/2021 | **Disposition:** Dismissed/frivolous |
| 21-1495 | Date Filed: 06/15/2021 | Date Disposed: 07/14/2021 | **Disposition:** Dismissed/frivolous |
| 21-1661 | Date Filed: 07/06/2021 | Date Disposed: 07/14/2021 | **Disposition:** Dismissed/frivolous |
| 21-1952 | Date Filed: 08/09/2021 | Date Disposed: 09/30/2021 | **Disposition:** Fee default |
| 21-3081 | Date Filed: 12/20/2021 | Date Disposed: 01/21/2022 | **Disposition:** Default procedural without jud |
| 22-130 | Date Filed: 01/18/2022 | Date Disposed: 02/23/2022 | **Disposition:** Default procedural without jud |
| 22-603 | Date Filed: 03/21/2022 | Date Disposed: 08/30/2022 | **Disposition:** Original Proceedings denied |
| 22-946 | Date Filed: 04/28/2022 | Date Disposed: 05/26/2022 | **Disposition:** Default procedural without jud |
| 22-1337 | Date Filed: 06/22/2022 | Date Disposed: 07/19/2022 | **Disposition:** Default procedural without jud |
| 22-1546 | Date Filed: 07/18/2022 | Date Disposed: 08/30/2022 | **Disposition:** Original Proceedings denied |

**Current Cases:**
 None

**Panel Assignment:** Not available

| | |
|---|---|
| Towaki Komatsu<br>　　　Petitioner | Towaki Komatsu, –<br>**Terminated:** 04/20/2023<br>Direct: (347) 316–6180<br>[NTC Pro Se]<br>9119 Pembroke Ct.<br>Fort Mill, SC 29707<br><br>Towaki Komatsu, –<br>Direct: 305–784–7450<br>[NTC Pro Se]<br>1068 Franklin Avenue<br>Room 307<br>Bronx, NY 10452 |
| City of New York<br>　　　Respondent | Jamison Davies, –<br>Direct: 212–356–2490<br>[COR NTC Government]<br>New York City Law Department<br>Appeals Division<br>Room 6–178<br>100 Church Street<br>New York, NY 10007<br><br>Sylvia Hinds–Radix, Esq., Corporation Counsel<br>**Terminated:** 04/04/2023<br>Direct: 212–356–0800<br>[COR NTC Government]<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007 |
| NYPD Officer Saquoi Harris, Shield #2350<br>　　　Respondent | Jamison Davies, –<br>Direct: 212–356–2490<br>[COR NTC Government]<br>(see above)<br><br>Sylvia Hinds–Radix, Esq., Corporation Counsel<br>**Terminated:** 04/04/2023<br>Direct: 212–356–0800<br>[COR NTC Government]<br>(see above) |
| NYPD Officer Steven Perez, Shield 23485<br>　　　Respondent | Jamison Davies, –<br>Direct: 212–356–2490<br>[COR NTC Government]<br>(see above)<br><br>Sylvia Hinds–Radix, Esq., Corporation Counsel<br>**Terminated:** 04/04/2023 |

|  |  |
|---|---|
|  | Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| NYPD Officer Liang Lin<br>Respondent | Jamison Davies, –<br>Direct: 212-356-2490<br>[COR NTC Government]<br>(see above) |
|  | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 04/04/2023<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| NYPD Officer Robert Holmes<br>Respondent | Jamison Davies, –<br>Direct: 212-356-2490<br>[COR NTC Government]<br>(see above) |
|  | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 04/04/2023<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| NYPD Lieutenant Frank Amill<br>Respondent | Jamison Davies, –<br>Direct: 212-356-2490<br>[COR NTC Government]<br>(see above) |
|  | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 04/04/2023<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| NYPD Captain Joseph Tompkins<br>Respondent | Jamison Davies, –<br>Direct: 212-356-2490<br>[COR NTC Government]<br>(see above) |
|  | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 04/04/2023<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| NYPD Officer Michael Arini<br>Respondent | Jamison Davies, –<br>Direct: 212-356-2490<br>[COR NTC Government] |

|  |  |
|---|---|
|  | (see above) |
|  | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 04/04/2023<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| NYPD Officer Avdo Javorovac<br>Respondent | Jamison Davies, -<br>Direct: 212-356-2490<br>[COR NTC Government]<br>(see above) |
|  | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 04/04/2023<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| NYPD Officer Andrew Cummings<br>Respondent | Jamison Davies, -<br>Direct: 212-356-2490<br>[COR NTC Government]<br>(see above) |
|  | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 04/04/2023<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| NYPD Officer Claudia Rodriguez<br>Respondent | Jamison Davies, -<br>Direct: 212-356-2490<br>[COR NTC Government]<br>(see above) |
|  | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 04/04/2023<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| NYPD Detective Brian Leo, (Retired)<br>Respondent | Jamison Davies, -<br>Direct: 212-356-2490<br>[COR NTC Government]<br>(see above) |
|  | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 04/04/2023<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |

| | |
|---|---|
| NYPD Officer Ruben Farrell, Shield #21272<br>    Respondent | Jamison Davies, –<br>Direct: 212–356–2490<br>[COR NTC Government]<br>(see above) |
| | Sylvia Hinds–Radix, Esq., Corporation Counsel<br>**Terminated:** 04/04/2023<br>Direct: 212–356–0800<br>[COR NTC Government]<br>(see above) |
| NYPD Officer John Avellino, Shield #26918<br>    Respondent | |

---

NYPD Officer Rodriguez
    Defendant

NYPD Steve Ortiz
    Defendant

NYPD Jeffrey Peattie
    Defendant

NYPD Matthew Pereira
    Defendant

NYPD Michael Dano
    Defendant

NYPD Andrew Benjamin
    Defendant

NYPD Jane Doe 1
    Defendant

NYPD John Doe 1
    Defendant

NYPD John Doe 2
    Defendant

NYPD John Doe 3
    Defendant

NYPD John Doe 4
    Defendant

NYPD John Doe 5
    Defendant

NYPD John Doe 6
    Defendant

NYPD John Doe 7
    Defendant

Alexander Opoku-Agyemang
    Defendant

Judith Le
    Defendant

Jonathan Darche
    Defendant

Bill DeBlasio
    Defendant

Lawrence Byrne, Jr.
    Defendant

James O'Neil
    Defendant

Bronx Criminal Court Judge Jeffrey Zimmerman
    Defendant

Tara Collins
    Defendant

Neelam Chhikara
    Defendant

Darcel Clark
    Defendant

Alana Brady
    Defendant

Donovan Richards
    Defendant

United States Marshals Service
    Defendant

Towaki Komatsu,

    Petitioner,

v.

City of New York, NYPD Officer Saquoi Harris, Shield #2350, NYPD Officer Steven Perez, Shield 23485, NYPD Officer Liang Lin, NYPD Officer Robert Holmes, NYPD Lieutenant Frank Amill, NYPD Captain Joseph Tompkins, NYPD Officer Michael Arini, NYPD Officer Avdo Javorovac, NYPD Officer Andrew Cummings, NYPD Officer Claudia Rodriguez, NYPD Detective Brian Leo, (Retired), NYPD Officer Ruben Farrell, Shield #21272, NYPD Officer John Avellino, Shield #26918,

    Respondents,

NYPD Officer Rodriguez, NYPD Steve Ortiz, NYPD Jeffrey Peattie, NYPD Matthew Pereira, NYPD Michael Dano, NYPD Andrew Benjamin, NYPD Jane Doe 1, NYPD John Doe 1, NYPD John Doe 2, NYPD John Doe 3, NYPD John Doe 4, NYPD John Doe 5, NYPD John Doe 6, NYPD John Doe 7, Alexander Opoku-Agyemang, Judith Le, Jonathan Darche, Bill DeBlasio, Lawrence Byrne, Jr., James O'Neil, Bronx Criminal Court Judge Jeffrey Zimmerman, Tara Collins, Neelam Chhikara, Darcel Clark, Alana Brady, Donovan Richards, United States Marshals Service,

    Defendants.

| Date | No. | Description |
|---|---|---|
| 03/31/2023 | 1 | NOTICE OF CIVIL APPEAL, and district court docket, on behalf of Petitioner Towaki Komatsu, RECEIVED.[3493123] [23-464] [Entered: 03/31/2023 06:33 PM] |
| 03/31/2023 | 2 | DISTRICT COURT MEMO ENDORSEMENT, dated 03/27/2023, RECEIVED.[3493124] [23-464] [Entered: 03/31/2023 06:36 PM] |
| 03/31/2023 | 3 | DISTRICT COURT MEMO ENDORSEMENT, dated 03/29/2023, RECEIVED.[3493125] [23-464] [Entered: 03/31/2023 06:37 PM] |
| 03/31/2023 | 4 | DISTRICT COURT MEMO ENDORSEMENT, dated 03/29/2023, RECEIVED.[3493127] [23-464] [Entered: 03/31/2023 06:37 PM] |
| 03/31/2023 | 10 | ORDER, dated 03/31/2023, dismissing appeal by 04/21/2023, unless Petitioner Towaki Komatsu, submits motion for leave to file, copy to pro se petitioner, FILED.[3493133] [23-464] [Entered: 03/31/2023 06:48 PM] |
| 04/04/2023 | 12 | ELECTRONIC INDEX, in lieu of record, FILED.[3494026] [23-464] [Entered: 04/04/2023 11:49 AM] |
| 04/04/2023 | 13 | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL, on behalf of Respondent City of New York, Saquoi Harris, Steven Perez, Liang Lin, Robert Holmes, Frank Amill, Joseph Tompkins, Avdo Javorovac, Andrew Cummings, Claudia Rodriguez, Brian Leo, Ruben Farrell, John Avellino and Michael Arini, FILED. Service date 04/04/2023 by US mail. [3494035] [23-464] [Entered: 04/04/2023 12:02 PM] |
| 04/04/2023 | 14 | ATTORNEY, Jamison Davies, [13], in place of attorney Sylvia Hinds-Radix, SUBSTITUTED.[3494049] [23-464] [Entered: 04/04/2023 12:16 PM] |
| 04/20/2023 | 15 | MOTION, to extend time to file motion for leave to file, on behalf of Petitioner Towaki Komatsu, FILED. Service date 04/20/2023 by US mail.[3502783] [23-464] [Entered: 04/20/2023 05:58 PM] |
| 04/20/2023 | 16 | DEFECTIVE DOCUMENT, Motion, to extend time to file motion for leave to file appeal, [15], on behalf of Petitioner Towaki Komatsu, copy to pro se petitioner, FILED.[3502784] [23-464] [Entered: 04/20/2023 06:01 PM] |
| 04/21/2023 | 17 | MOTION, to extend time to file leave to appeal, on behalf of Petitioner Towaki Komatsu, FILED. Service date 04/20/2023 by US mail.[3503353] [23-464] [Entered: 04/21/2023 03:20 PM] |
| 04/21/2023 | 19 | CURED DEFECTIVE MOTION, TO EXTEND TIME TO FILE LEAVE TO APPEAL, [17], on behalf of Petitioner Towaki Komatsu, FILED.[3503357] [23-464] [Entered: 04/21/2023 03:22 PM] |
| 04/21/2023 | 20 | MOTION, for leave to appeal, on behalf of Petitioner Towaki Komatsu, FILED. Service date 04/21/2023 by US mail.[3503669] [23-464] [Entered: 04/24/2023 08:30 AM] |
| 04/24/2023 | 23 | MOTION ORDER, denying motion for an extension of time as unnecessary, [17], filed by Petitioner Towaki Komatsu, copy to pro se petitioner, FILED. [3503887][23] [23-464] [Entered: 04/24/2023 11:18 AM] |
| 08/02/2023 | 29 | LEAVE TO APPEAL, pursuant to court order, dated 08/02/2023, copy to pro se Petitioner, DENIED.[3550459] [23-464] [Entered: 08/02/2023 12:08 PM] |
| 08/02/2023 | 30 | CERTIFIED COPY OF ORDER, dated 08/02/2023, determining the appeal to SDNY, copy to pro se Petitioner, ISSUED.[Mandate][3550460] [23-464] [Entered: 08/02/2023 12:09 PM] |
| 08/02/2023 | 31 | NEW CASE MANAGER, Yenni Liu, ASSIGNED.[3550461] [23-464] [Entered: 08/02/2023 12:09 PM] |



**CLERK'S OFFICE**
**UNITED STATES COURT OF APPEALS**
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

NIXIE    061   4E 1           0208/18/23
        RETURN TO SENDER
        NO SUCH NUMBER
        UNABLE TO FORWARD
BC: 10007           0060N230173-03711

