S.D.N.Y. – N.Y.C.
20-cv-10942
Caproni, J.
Lehrburger, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand twenty-four.

———————

Towaki Komatsu,

        *Petitioner*,

    v.                                                    23-464

City of New York, et al.,

        *Respondents*,

NYPD Officer Rodriguez, et al.,

        *Defendants*.

———————

In 2021, this Court entered a leave-to-file sanction against Petitioner. *See Komatsu v. The City of New York*, 2d Cir. 21-511, doc. 92. In August 2023, Petitioner's motion for leave to appeal was denied. *See* 2d Cir. 23-464, doc. 30. Petitioner now moves for leave to file motions to recall the mandate, reinstate the appeal, and to file supplementary papers. Upon due consideration, it is hereby ORDERED that the motions are DENIED because the appeal does not depart from Petitioner's "prior pattern of vexatious filings." *See In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993).

                                          FOR THE COURT:
                                          Catherine O'Hagan Wolfe, Clerk of Court

